1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| LANDES BUCKHALTER,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN SHERFEY, et al.,<br><br>Defendants. | No. 2:22-cv-08754-JVS-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the records and files herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. The Second Amended Complaint is dismissed without further leave to amend and the action is dismissed with prejudice.
3. Judgment shall be entered consistent with this Order.

1  4. The Court Clerk shall serve this Order and the Judgment on all
2  counsel or parties of record.

DATED: September 18, 2023  _____
HONORABLE JAMES V. SELNA
SENIOR UNITED STATES DISTRICT JUDGE

2