JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LANDES BUCKHALTER,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN SHERFEY, et al.,<br><br>Defendants. | No. 2:22-cv-08754-JVS-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Second Amended Complaint in this matter is dismissed without further leave to amend, and the action is dismissed with prejudice.

DATED: September 18, 2023

_____
HONORABLE JAMES V. SELNA
SENIOR UNITED STATES DISTRICT JUDGE